KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:    (702) 678-6700
Facsimile:     (702) 678-6767
E-Mail:         advocate@kconnollylawyers.com
*Attorney for Defendant, ROBERT T. SMITH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT TELLYE SMITH et. al.,<br><br>Defendant. | CASE NO.: 2:16-cr-00296-JAD-PAL<br><br>**ROBERT T. SMITH'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW Defendant, ROBERT T. SMITH, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., and hereby moves this Honorable Court to order that a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department to determine Defendant Smith's criminal history. The calculation of Defendant Robert Smith's criminal history score is unclear and will greatly affect his sentencing exposure.

A proposed plea agreement has been provided. In order to help facilitate a resolution to this matter, in the interests of judicial economy, it is respectfully requested that the United

///
///
///
///
///
///

States Department of Parole and Probation be directed to prepare a pre-plea presentence investigation report as soon as possible.

DATED this 2⁷ day of December, 2016.

/s/ Karen A. Connolly

KAREN A. CONNOLLY
Nevada Bar No. 4240
6600 W. Charleston Blvd. Suite 124
Las Vegas, Nevada 89102-1846
Attorney for Defendant, Robert T. Smith

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, ROBERT T. SMITH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-00296-JAD-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ROBERT TELLYE SMITH et. al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Robert T. Smith.

DATED this the 28 day of December, 2016.

_____
U.S. MAGISTRATE JUDGE

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of Karen A. Connolly, LTD., and is a person of such age and discretion as to be competent to serve papers.

That on December 22, 2016, she served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT by electronic service (ECF) to the person named below:

SUSAN CUSHMAN, ESQ.
Assistant United States Attorney

THOMAS ERICSSON, ESQ.
Attorney for Cassandra Edwards

TODD LEVENTHAL, ESQ.
Attorney for Christopher Guoin

LANCE MANINGO, ESQ.
Attorney for Derrick J. Haywood

MICHAEL PANDULLO, ESQ.
Attorney for Kolona Marshall

MAYSOUN FLETCHER, ESQ.
Attorney for Corbin Reynolds

JOSHUA TOMSHECK, ESQ.
Attorney for Dimitrius Rivers



Employee of Karen A. Connolly, LTD.